UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNIE J. WRIGHT,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>     Defendant. | No.  CV-11-0286-JLQ<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: April 26, 2013

                              SEAN F. McAVOY
                              Clerk of Court

                              By:  *s/Linda Emerson*
                                   Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**